

**MICHAEL W. DOBBINS**
CLERK

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

December 28, 2006

Sarah Allison Thornton
One Courthouse Way
Boston, Massachusetts 02210

RE: **SUPPRESSED v. SUPPRESSED**

Case No: **03 CV 7578**

Enclosed is the certified record which is being transferred to your court pursuant to an order dated 12/11/06 by the Honorable James F. Holderman. Enclosed is a certified copy of the transfer order and 13 envelopes.

As of January 18, 2005 for civil and criminal cases, our court uses electronic case filing. You may access our electronic case file and print copies of electronically filed documents by following the procedures on the attached Instruction Sheet. You will need Adobe Acrobat reader loaded on your computer in order to view the documents. If you are an electronic court, you may upload the documents. All documents filed prior to electronic filing are included in this transfer package. (January 18, 2005 for civil and criminal cases)

Please **DO NOT MAKE THE ENCLOSED INSTRUCTION SHEET A PART OF THE OFFICIAL RECORD** as it contains your login and password to our system. This login and password should not be shared with anyone other than federal court personnel who would have a need to access our electronic case file system.

Please acknowledge receipt on the enclosed copy of this letter.

Sincerely yours,

Michael W. Dobbins, Clerk

By: /s/ M. Burke
    Deputy Clerk

Enclosures

New Case No. _____     Date _____