IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| United States of America ex rel. Bernard Lisitza, et al | ) ) ) | Case No: 03 C 7578 |
| Plaintiffs | ) ) | |
| v. | ) ) | Judge: Ruben Castillo |
| TAP Pharmaceutical Products, Inc., and Omnicare, Inc. | ) ) ) | |
| Defendants | ) | |

## **ORDER**

This case was transferred to the United States District Court for the District of Massachusetts on December 11, 2006. Counsel for Plaintiffs notified this Court that the case was settled and dismissed in Boston. Therefore, this case is hereby dismissed with prejudice. The Clerk of Court shall unseal the court file in 03 C 7578.

Date: 7/17/2013 /s/ _____
Chief Judge Ruben Castillo